IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:05mj133-W |
| | ) |
| JAMES MEREDITH RAY | ) |
| | ) |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. **Eligibility of Cases**

    This case is eligible for a detention order because this case involves:

    _____   Crime of violence (18 U.S.C. 3156)
    _____   Maximum sentence of life imprisonment or death
    _____   10 + year drug offense
    _____   Felony, with two prior convictions in the above categories
    __X__   Serious risk the defendant will flee
    _____   Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__   Defendant's appearance as required
    _____   Safety of any other person and the community

3. **Rebuttable Presumption**

    The United States will invoke the rebuttable presumption

against defendant under Section 3142(e).  The presumption applies because:

   \_\_\_\_   Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

   \_\_\_\_   Previous conviction for "eligible" offense committed while on pretrial bond

   \_\_\_\_   A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

   \_\_\_\_   At the initial appearance

   _X_   After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 27th day of October, 2005.

                              LEURA GARRETT CANARY
                              United States Attorney

                              TERRY F. MOORER
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, AL 36104
                              Phone: (334)223-7280
                              Fax: (334)223-7135
                              E-mail: terry.moorer@usdoj.gov
                              ASB-1176-O73T