| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                     DATE: October 27, 2005
❐ BOND HEARING
√ DETENTION HEARING                  Digital Recording 10:10 - 11:00
❐ PRELIMINARY (EXAMINATION)(HEARING)
❐ REMOVAL HEARING (R.40)
❐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylopr
**CASE NO.** 2:05mj133-W    **DEFENDANT NAME:** James Meredith Ray
**AUSA:** Terry Moorer    **DEFT. ATTY:** Christine Freeman

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

Interpreter needed: ( √ ) NO; ( ) YES    Name:

---

| | |
|---|---|
| √ | Date of Arrest October 26, 2005 or √ Arrest Rule 5 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| √ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing Held |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❐ | Bond not executed. Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❐ preliminary hearing; √ Waiver Rule 5 hearing |
| ❐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐Set for DISCOVERY DISCLOSURE DATE: |
| ❐ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |