IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:05mj133-W |
| | * | |
| JAMES MEREDITH RAY | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Tamara Martin | |