IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05mj133-W |
| | ) | WO |
| JAMES MEREDITH RAY | ) | |

### ORDER ON MOTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on October 27, 2005. I find that the credible testimony and information submitted at the hearing establishes by a preponderance of the evidence that defendant repeatedly failed to appear for revocation and contempt hearings in connection with a felony child abandonment conviction in Georgia. Accordingly, he had to be arrested and extradited to Georgia on multiple occasions relating to the child abandonment charge. His child support arrearage is reportedly over $95,000. He has a previous conviction in 1981 for resisting arrest and attempting to elude police. Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity

for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 28th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE